| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>STEPHEN E. ABRAHAM, SB#172054<br> E-Mail: Stephen.Abraham@lewisbrisbois.com<br>MELISSA T. DAUGHERTY, SB# 227451<br> E-Mail: Melissa.Daugherty@lewisbrisbois.com<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: 714.668.5562<br>ATTORNEY(S) FOR: Defendant UGODTLA, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>Plaintiff(s),<br>v.<br>UGODTLA, LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:20-cv-05846-JFW-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant UGODTLA, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Defendant UGODTLA, LLC | Defendant; no other interested entity |

September 8, 2020                    /s/ Stephen E. Abraham
Date                                 Signature

Attorney of record for (or name of party appearing in pro per):

Defendant UGODTLA, LLC